# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff)

CORNELIOUS EARL DeGefford

v.

(Full name of defendant(s))

Trinity Service Group

LeNard Benishen

John Doe

Supervisor, John Doe, Supervisor Hrby, Manager Johnson

Case Number:

**25-C-0110**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Milwaukee Wisconsin, and is located at
(State)

criminal Justice 949 N. 9TH st
(Address of prison or jail)

2. Defendant Trinity Service Group, Lenard
(Name)
is (if a person or private corporation) a citizen of Wisconsin
(State, if known)
and (if a person) resides at _____
(Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job)

worked for Trinity Service Group 949 N 9th st
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

(Who) (1) Trinity Service Group, Leonard, Jane Doe, John Doe, Jane Doe Supervisor, John Doe Manager, 1st & 8th Government Violation Trinity Service Group to follow instruction from the doctors order from Health Care, Pertaining to my special trays diabetic diet or follow the and American Diabetic Ass. Guid Line For diabetic meal therefore created deliberate indifference to my serious medical issue Failed I'm allergic to soy but yet defendant assist on send soy on my trays, Refried Rice, Nu, white bread, Cake, etc. All put my (when) Life in danger 8/1/24 10/1/2024 thru 12/01/2024 File total 1.5 grievances Five

Phone direct call from Medical with special instruction to follow yet Trinity Service Group, Leonard, John Doe, Jane Doe, Supervisors managers Continues the deliberate Indifference to my Serious medical conditions Currently being treated for my injuries pain suffering seeking continue medical treatments.

(2) what they took No Action to change my special food trays even after Medical called the Kitchen or Trinity Service Group and Staff.

# STATEMENT of CLAIM 2

Indifferent to my Serious medical Conditions As a chronic care detainee at Milwaukee County Jail, were As handicap detainee the Jail is Not American Disability Act compliance Guideline, 6 months I was in a cell regular no rails cell to small to move around (6 A 21)(5 D 21) these Are cells that classification Asign for me, even after I fell in 6 A 21 POD After the Wheel Chair I had was taken leaving me no way to take care of my personal Hygene, get my meals and medical no device to Assist in ambulating I was force to crawel of the Concrete floor and slide over tranfer from chair to chair before C.O. Zollicoffer told me I, he did nothing to help could not use the chair to Assist me in my Needs in Showers where I spent literly up to 21 days with a Shower equip for handicap detainee it got so bad I contracted a fungus on my Penis I had to seen medical attention with Provider then I receive Treatment for my injuroes As a result of Poor Hygene (No Shower) this happen on more then One occasion, beside the 21 days, there were 14 days pass, 10 days from Aug 1/2024 to 12 25/ I got my Shower schedule in writing for Tuesday, Thrusday, SAT but there was always and excuse from C.O.S on why they could not take me to the handicap Shower in the Infirmary. With my physical and Mental effected I DeGeffered AM Seeking demages and compensation future Professional help once release ery traumtese mental experence.

*Addition, the Jail is not equip or Setup were I can Attend Religion Service or liberty because I'm handicap in Wheelchair Every thing is UP STAIR I can not EXCESS continue to serve so meat deliberate Indiffe

STATEMENT of CLAIM    complaint 4    on Back →

(where) Milwaukee Criminal Justice facility 949 N 9th st Milwaukee WI 53233

Why I do not know they fail to follow my medical Doctor instruction regard to my Allergic condition regarding soy and soy base product. And Diabetic Diet. Stress and anxiety Future treatment Professional services mental and PSY where it happened, Trinity Service Group Food service (call Kitchen) 6 month of being sick for which I seeks damages and compensation for future treatment.
Serving soy meat, Raw uncook meat,

1) Health care Provider sent and call Trinity service Group instruction for my diabetic meals and at night a diabetic snack, well Trinity fail to follow the doctor instruction putting my health at risk cause me extremely high level of stress and Anxiety. Pain from being serve soy, cause issues diarr., vomiting, Migrant stomach pain, loss of sleep deprive from stressing causing me see mental health and Advise more mental health treatment once I am release, Every food tray serve had Rice, white bread, cake, mac cheese, some type of soy meat (beaver tail) all the other turn to sugar increasing my Blood gluecios range 280-400 high level, on most of the diabetic tray had a sticker label NO SOY, Yet SOY was a part of the Meal, I store some of the soy meat in a plastic bag and sent it to medical for testing as a sample along with a form Address Dr. Pulse several call where made by different Doctors with instruction, still Trinity service Group Intentionall Knowingly add soy to my tray and food that convert to sugar, white Rice, white Bread, cake, this continue deliberate

I Cornelious E. DeGefford the Plaintiff. Ask the Court to grant and I seek damages from Dr Pulse, Leonard, Johnson, Kiby manager and any compensation for my injuries, Plus any relief this Court deem just and proper. If the Court will construe this request for relief to include injunctive relief assumming Trinity Service Group and staff continue to served food that is uncook, and out of american diabetic Guild Lines for diabetes. Inmates out of compliance with is Prescribed by the Milwaukee Jail Doctors diabetic diet and Should not served Rotten Food, or No Food, Food under 2,900 calories or food that contain soy meat to inmates who are allergic notify by medical. Trinity Service Group have done so present and Immediate danger to my health and well-being and other Inmates Prescribe a Special diet. Stop posting fake food menu example once the Court request Proof evidents

Complaint - 2

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 2,500,000.00

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would appreciate it the Court would sanction Milwaukee Jail to take responsibility for the action of the Food Service Group, they selected to service all inmates and that they should have a dietition on staff and posted and a menu of food that actually exist not price menu and a third party to monitor. Also on Milwaukee County Jail bring Jail up to code, Guild line American Diabetic Association also comply with American disability Act for whole Jail unequip to handicap detainees Mandate and inspection to monitor the compliances for my injuries and further treatment and professional help for physical internal pain and mental suffering Court compensate 2,500,000.00

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ____24th____ day of ____December____ 20__24__.

Respectfully Submitted,

_____
Signature of Plaintiff

2024012851
Plaintiff's Prisoner ID Number

Criminal Justice Facility
949 N. 9TH St. Milwaukee, WI 58233
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 1:25-cv-00110-WCG   Filed 01/22/25   Page 7 of 7   Document 1